# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNARD MOORE,           )<br>　　　Plaintiff(s)           )<br>                             )<br>　　　v.                     )<br>                             )<br>WILLIAMS COLLEGE,      )<br>　　　Defendant(s)        )  | CIVIL ACTION NO. 3:09-30208 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Williams College, against the plaintiff Bernard Moore, pursuant to the court's memorandum and order entered this date, granting defendant's motion to dismiss.

　　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: April 7, 2010　　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
　　[jgm.]